UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___03/27/2020___

-------------------------------------------------------------X
                       :

JAMES MURPHY, ON BEHALF OF       :
HIMSELF AND ALL OTHER PERSONS  :
SIMILARLY SITUATED,            :
                       :
                Plaintiff,   :        19-CV-9922 (VEC)
                       :
      -against-           :        ORDER
                       :

PETSMART, INC.,              :
                       :
                Defendant.  :
-------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

       WHEREAS Plaintiff has filed an amended complaint in response to a pending motion to dismiss, Dkt. 18;

       IT IS HEREBY ORDERED THAT the pending motion to dismiss is DENIED as moot. The Clerk of Court is respectfully requested to terminate the open motion at docket entry 16.

**SO ORDERED.**

**Date:  March 27, 2020**
       **New York, New York**                    **VALERIE CAPRONI**
                                             **United States District Judge**